# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY L. HYPOLITE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DERRAL G. ADAMS, Warden,<br><br>　　　　　Respondent. | NO. CV 06-3921 ODW (FMO)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the Petition, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

　　1.　Judgment shall be entered dismissing the action with prejudice.

　　2.　The Clerk shall serve copies of this Order and the Judgment herein on the parties.

DATED: June 11, 2009.

　　　　　　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE