# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY L. HYPOLITE, | NO. CV 06-3921 ODW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 11, 2009.

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE